In the Matter of HYMAN GOLDSMITH (Also Known as HYMAN H. GOLDSMITH).— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOSHUA KANTROWITZ and ISIDOR FRIEND, as Trustees under the Last Will and Testament of BANNED FRIEND, Deceased. JANET LIZBETH BERMAN and Another. JOSHUA KANTROWITZ and Another, as Trustees, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COM-PANY. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments, etc., Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY. FRANK L. WEIL and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HARRY B. CHAMBERS and Another v. B. ARNOLD CHAMBERS and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JEANETTE KRINSKY v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX SONDHEIM and Others v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for reargument granted and upon reargument the order of the Special Term reversed, with twenty dollars costs and disbursements, and the defendant's motion to require plaintiffs to separately state and number the separate causes of action of the plaintiffs, and to strike from the complaint all portions of the com-plaint not relevant to such separate causes of action, granted. (Cf. Brenner v. Title Guarantee & Trust Co., 276 N. Y. 230.) Motion for leave to appeal to the Court of Appeals denied. [See 250 App. Div. 753; 251 id. 706.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NANCY SBARBORA v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ETHEL HENNESSY WILLIAMS, Administra-trix, etc., of JAMES HENNESSY, Deceased, for an Inquiry Pursuant to Section 205 of the Surrogate's Court Act in the Estate of JAMES HENNESSY, Deceased. ETHEL HENNESSY WILLIAMS. MARGARET COFFEY.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.